Fall 2020 Opinion List - Supreme Court of Appeals of West Virginia












































 Skip to main menu
 Skip to main content

 




 
 Opinion List Quick Tip
 
 
 AEach column of the list can be sorted by clicking the header of that column.
 BThe list-wide active text search or "List Search" allows the viewer to quickly search for specific information by typing a single word or multiple words, seperated by a space.
 CA drop down menu allows the user to change the humber of list items currently showing on the page.
 
 For more detailed help on the new features of the Opinion List, download the overview by clicking here.
 
 Open Help



 West Virginia Judiciary
 Home | Contact | Employment | Sitemap
 Opinions and Memo Decisions of the Supreme Court of Appeals
 
 
 
 
 
 Information & Search
 About the Decision List
 Spring 2020 Term
 
 
 


 
 
 
 
 
 
 Search
 
 Search the site
 
 
 
 
 
 
 
 
 Main Menu
 
 Public Resources
 
 Court Information by County
 Court Forms
 News & Publications
 Jury Information
 Law Library
 Student Resources
 Domestic Violence 
 Mental Hygiene & Guardians
 Child Abuse and Neglect 
 Accessibility Information
 
 
 Supreme Court
 
 Supreme Court of Appeals
 Justices & Staff
 Clerk's Office
 Office of Counsel
 Workers' Compensation Counsel
 Calendar & Docket
 Opinions
 
 
 Lower Courts
 
 Circuit Courts
 Family Courts
 Magistrate Courts
 Treatment Courts
 Mass Litigation Panel 
 Business Court Division
 Statistics 
 
 
 Legal Community
 
 Court Rules
 WV E-File
 Bar Admissions
 Lawyer Disciplinary Board
 Judicial Investigation
 West Virginia State Bar
 Judicial & Lawyer Assistance Program
 
 
 Court Administration
 
 Administrative Office
 Judiciary Policies
 Court Security and Closures
 
 Probation Services
 Access to Justice
 Juvenile Justice Commission 
 
 
 Viewing PDF Files
 
 
 
 Fall 2020 Opinion List
 
 Links to all decisions filed in the current term of court are listed in the table below. Are you looking for an opinion list from a prior term of court? If so, please visit the Information & Search page. Opinions from the September 1991 term of court to the present day are available online.
 The new integrated decision list combines all of the decisions issued during a court term, identified using case type and decision type codes. To re-sort the list quickly, click any of the column headers (except case number). For more information about using the decision list and for an explanation of the codes, review the page: About the Decision List. 
 
 QUICK TIP: For more help on using the opinion table, click the to the right on the page. When the page loads, the Date Filed column is sorted descending.
 
 Current Term of Court Opinions and Memorandum Decisions
 
 
Current Term of Court Opinions and Memorandum Decisions
 
 
 
 Decision Type
 
 
 Date Filed
 Case No.
 Case Name
 Case Type
 Decision Type
 
 
 
 
 11/04/2020
 20-0179
 In re: T.M., X.M. and A.M.
 JUV
 MD
 
 
 11/04/2020
 20-0178
 In re: H.B., L.M., K.C. and L.C.
 JUV
 MD
 
 
 11/04/2020
 20-0168
 In re: J.L-1 and E.L.
 JUV
 MD
 
 
 11/04/2020
 20-0167
 In re: F.W. and J.W-1
 JUV
 MD
 
 
 11/04/2020
 20-0115
 In re: E.F-1, C.F-1 and E.F-2
 JUV
 MD
 
 
 11/04/2020
 20-0107
 In re: B.D-1
 JUV
 MD
 
 
 11/04/2020
 20-0093
 In Petition of B.J.B for Expungement of Record
 CIV-O
 MD
 
 
 11/04/2020
 20-0089
 In re: D.M. and R.P.
 JUV
 MD
 
 
 11/04/2020
 20-0073
 In re: W.W., J.W., and B.W.
 JUV
 MD
 
 
 11/04/2020
 20-0071
 In re: W.W., J.W., and B.W.
 JUV
 MD
 
 
 11/04/2020
 20-0019
 In re: M.B-1 and M.B-2
 JUV
 MD
 
 
 11/04/2020
 19-1100
 In re: B.M., C.C., and E.B.
 JUV
 MD
 
 
 11/04/2020
 19-1009
 Jeffrey Humphrey vs. Richard Deal
 CIV-O
 MD
 
 
 11/04/2020
 19-0974
 Raymond Richardson vs. Donnie Ames
 POST
 MD
 
 
 11/04/2020
 19-0958
 State of West Virginia vs. Shawn B.
 CR-F
 MD
 
 
 11/04/2020
 19-0941
 Lawrence K. Hinkle vs. Charles Williams
 POST
 MD
 
 
 11/04/2020
 19-0932
 State of West Virginia vs. Timothy Lambert
 CR-F
 MD
 
 
 11/04/2020
 19-0908
 Michael Ellis vs. West Virginia Human Rights Commission
 CIV-O
 MD
 
 
 11/04/2020
 19-0898
 State of West Virginia vs. Jeffrey Dumire
 CR-F
 MD
 
 
 11/04/2020
 19-0884
 Joyce Pumphrey vs. Mackenzie R. Thorne
 TCR
 MD
 
 
 11/04/2020
 19-0870
 State of West Virginia vs. Barbara D. Brellahan
 CR-F
 MD
 
 
 11/04/2020
 19-0868
 In re: J.J.C. for Expungement of Records
 CIV-O
 MD
 
 
 11/04/2020
 19-0860
 State of West Virginia vs. Raymond M.
 CR-F
 MD
 
 
 11/04/2020
 19-0810
 State of West Virginia vs. William S. Padgett
 CR-F
 MD
 
 
 11/04/2020
 19-0778
 State of West Virginia vs. David T.
 CR-F
 MD
 
 
 11/04/2020
 19-0740
 State of West Virginia vs. Ercel N.
 CR-F
 MD
 
 
 11/04/2020
 19-0693
 Eugene Bowerman et al. vs. Debra Rombis
 TCR
 MD
 
 
 11/04/2020
 19-0673
 State of West Virginia vs. Joshua Settle
 CR-F
 MD
 
 
 11/04/2020
 19-0538
 Andrew Perry vs. Donnie Ames
 POST
 MD
 
 
 11/04/2020
 18-0732
 In re: B.S.
 JUV
 MD
 
 
 11/04/2020
 19-0103
 West Virginia Counties Group vs. Great Cacapon Volunteer Fire Department, Inc.
 TCR
 OP
 
 
 11/02/2020
 19-0361
 Richard Otto and Patricia Otto vs. Catrow Law, PLLC (dissenting opinion by Workman J.) 
 TCR
 SEP
 
 11/02/2020
 19-0361
 Richard Otto and Patricia Otto vs. Catrow Law, PLLC.
 TCR
 OP
 
 
 11/02/2020
 19-0267
 SWN Production Company, LLC. vs. Corey Conley
 TCR
 OP
 
 
 11/02/2020
 20-0142
 State ex rel. Everett Frazier vs. Warren R. McGraw and Dalton Watts
 OJ-P
 OP
 
 
 11/02/2020
 19-0228
 Monongahela Power Company vs. Michael A. Buzminsky and Vickie Buzminsky
 TCR
 OP
 
 
 11/02/2020
 19-0830
 Ethan B., vs. Tracy W., 
 FAM
 MD
 
 
 10/30/2020
 18-0927 &18-1045
 Estate of Wayne A. Jones vs. The City of Martinsburg
 TCR
 MD
 
 
 10/30/2020
 18-0139,18-0160&18-0161
 State of West Virginia vs. John R. Skidmore, Gordon W. Swiger and Nickolas L. Velez
 CR-F
 MD
 
 
 10/30/2020
 19-0926
 In re M.M., H.M., and W.M 
 JUV
 SO
 
 
 10/20/2020
 18-0608
 State of West Virginia vs. Joshua S. Deem
 CR-F
 SO
 
 
 10/19/2020
 19-0841
 Soaring Eagle Development Company, LLC vs. The Travelers Indemnity Company of America
 TCR
 MD
 
 
 10/19/2020
 19-0978
 SER National Union Fire Insurance Company of Pittsburg, PA. vs. David W. Hummel, Jr. and Axiall Corporation and Westlake Chemical Corporation
 OJ-P
 SO
 
 
 10/16/2020
 19-0369 & 19-0394
 J.F. Allen Corporation vs. The Sanitary Board of the City of Charleston and Burgess and Niple vs. J.F. Allen Corporation
 TCR
 MD
 
 
 10/16/2020
 19-0018
 Cynthia McCoy, Anna Eschelmeyer and William Fowler vs. Steven Dragisich
 TCR
 MD
 
 
 10/16/2020
 19-0447
 State of West Virginia vs. Steven Tewalt
 CR-F
 SO
 
 
 10/16/2020
 18-1104
 McClure Management, LLC and Cindy Kay Adams vs. Erik Taylor and James Turner
 TCR
 SO
 
 
 10/16/2020
 19-0636
 Lawyer Disciplinary Board vs. Scott A. Curnutte
 L-DISC
 SO
 
 
 10/16/2020
 19-0879
 Lawyer Disciplinary Board vs. E. Lavoyd Morgan, Jr.
 L-DISC
 SO
 
 
 10/14/2020
 19-0412
 The City of Charles Town vs. The Jefferson County Commission
 TCR
 MD
 
 
 10/14/2020
 20-0113
 In re P.F.
 JUV
 SO
 
 
 10/13/2020
 18-0339
 State of West Virginia vs. Robert I. Brown Jr. 
 CR-F
 MD
 
 
 10/13/2020
 19-0007
 Christopher L.L., vs. Donnie Ames 
 POST
 MD
 
 
 10/13/2020
 19-0831
 State of West Virginia vs. Edward C.,
 CR-F
 MD
 
 
 10/13/2020
 19-0988
 State of West Virginia vs. Erik K.,
 CR-F
 MD
 
 
 10/13/2020
 18-1141
 B.R. vs. West Virginia DHHR
 TCR
 MD
 
 
 10/13/2020
 19-0305
 Marissa Shaffer and Timothy Shaffer vs. William Bragg, M.D.
 TCR
 MD
 
 
 10/09/2020
 19-0718
 In re A.B.-1 and A.B.-2
 JUV
 MD
 
 
 10/09/2020
 19-1184
 In re: L.C. 
 JUV
 MD
 
 
 10/09/2020
 19-1042
 In re A.D., G.D., and E.D. 
 JUV
 MD
 
 
 10/09/2020
 20-0052
 In re H.L. AND M.L. 
 JUV
 SO
 
 
 09/29/2020
 20-0202 & 20-0204
 In re N.R., A.R-1 and A.W
 JUV
 MD
 
 
 09/29/2020
 18-1134
 City of Morgantown vs. Calvary Baptist Church
 TCR
 SO
 
 
 09/29/2020
 18-0654
 State of West Virginia vs. Dean E. Gamble, Sr.
 CR-F
 MD
 
 
 09/28/2020
 19-0638
 David W. Miller vs. Rogers Petroleum, Inc.
 WC
 MD
 
 
 09/25/2020
 20-0015
 In re S.L.
 JUV
 SO
 
 
 09/23/2020
 20-0245
 In re A.R., H.R. Jr., and Z.B.
 JUV
 MD
 
 
 09/23/2020
 20-0239
 In re A.R. and H.R. Jr.
 JUV
 MD
 
 
 09/23/2020
 20-0228
 In re T.G. and M.G.
 JUV
 MD
 
 
 09/23/2020
 20-0220
 In re C.C.-1, L.C., T.C., and C.C.-2
 JUV
 MD
 
 
 09/23/2020
 20-0218
 In re B.H., A.H., and R.H.
 JUV
 MD
 
 
 09/23/2020
 20-0214
 In re M.C.
 JUV
 MD
 
 
 09/23/2020
 20-0211
 In re C.C.-1, L.C.-1, T.C., and C.C.-2
 JUV
 MD
 
 
 09/23/2020
 20-0203
 In re L.B.
 JUV
 MD
 
 
 09/23/2020
 20-0193
 In re H.M., L.M., J.M., and B.M.
 JUV
 MD
 
 
 09/23/2020
 20-0182
 In re M.B., R.B.-1, and R.B.-2
 JUV
 MD
 
 
 09/23/2020
 20-0180
 In re A.M.
 JUV
 MD
 
 
 09/23/2020
 20-0165
 In re S.C. and N.D.
 JUV
 MD
 
 
 09/23/2020
 20-0164
 In re H.W.
 JUV
 MD
 
 
 09/23/2020
 20-0153
 In re A.W., S.R., A.H., B.H., I.H., and E.C.
 JUV
 MD
 
 
 09/23/2020
 20-0150
 In re E.K.
 JUV
 MD
 
 
 09/23/2020
 20-0118
 In re E.C. and R.C.
 JUV
 MD
 
 
 09/23/2020
 20-0053
 In re S.M.
 JUV
 MD
 
 
 09/23/2020
 20-0022
 In re A.Y.
 JUV
 MD
 
 
 09/23/2020
 19-0846
 In re L.L.
 JUV
 MD
 
 
 09/23/2020
 19-0739
 Julia Surbaugh v. J.D. Sallaz, Superintendent, Lakin Correctional Center 
 POST
 MD
 
 
 09/23/2020
 19-0737
 State of West Virginia vs. Donna Elizabeth Weed
 CR-F
 MD
 
 
 09/23/2020
 19-0683
 Brian K. Markley v. WV Division of Corrections & Rehabilitation and WV Parole Board 
 CIV-O
 MD
 
 
 09/23/2020
 19-0570
 Jack Sheffler vs. Concord University
 ADM
 MD
 
 
 09/18/2020
 20-0111
 Charles E. Jacobs vs. Shawn Straughn, Superintendent, Northern Correctional Facility
 POST
 MD
 
 
 09/18/2020
 19-1079
 Joseph Todd Hutchinson and Jennifer Lynn Hutchinson v. Mark Forest Underwood, Patricia Jennings and Underwood Law Office
 TCR
 MD
 
 
 09/18/2020
 19-1070
 Thomas H. vs. Karen Pszczolkowski, Superintendent, Northern Correctional Facility
 POST
 MD
 
 
 09/18/2020
 19-0851
 Jeffery Wright vs. Shelby Searls, Superintendent, Huttonsville Correctional Center
 POST
 MD
 
 
 09/18/2020
 19-0491
 Antonio Collins vs. Shelby Searls, Superintendent, Huttonsville Correctional Center
 POST
 MD
 
 
 09/15/2020
 19-0639
 Gary Tobias vs. Kanawha Eagle Mining, LLC
 WC
 MD
 
 
 09/15/2020
 19-0625
 Timothy Milligan vs. Blue Creek Mining, LLC
 WC
 MD
 
 
 09/15/2020
 19-0613
 Alfred Alexander vs. Murray American Energy, Inc.
 WC
 MD
 
 
 09/15/2020
 19-0600
 Joan Estep vs. Greenbrier Valley Medical Center
 WC
 MD
 
 
 09/15/2020
 19-0589
 Gregory W. Wright vs. West Virginia Military Authority
 WC
 MD
 
 
 09/15/2020
 19-0552
 Robert L. Wildman vs. Ball Metal Food Container Corporation
 WC
 MD
 
 
 09/15/2020
 19-0517
 Randy Shamblin vs. Nursing Care Management of America, Inc.
 WC
 MD
 
 
 09/15/2020
 19-0425
 Brian Collins vs. Alpha Natural Resources, Inc.
 WC
 MD
 
 
 09/15/2020
 19-0373
 Hampden Coal, LLC vs. Casey Colley
 WC
 MD
 
 
 09/15/2020
 18-1087
 Victor Cameron vs. Murray American Energy, Inc.
 WC
 MD
 
 
 09/04/2020
 19-0909
 William James Bumpus vs. R.S. Mutter, Superintendent, McDowell County Correctional Facility
 POST
 MD
 
 
 09/04/2020
 19-0892
 State of West Virginia vs. Mitchell H.
 CR-F
 MD
 
 
 09/04/2020
 19-0749
 State of West Virginia vs. David B.
 CR-F
 MD
 
 
 09/04/2020
 19-0680
 Donald Moore vs. Chip Franklin Buzzo and Vanda Dawn Buzzo
 TCR
 MD
 
 
 09/04/2020
 19-0633
 State of West Virginia vs. Devin Michael Collins
 CR-F
 MD
 
 
 09/04/2020
 19-0605
 Lester Yost, Lewis Yost, and Rosalie Yost vs. Mary Ann Yost
 PR
 MD
 
 
 09/04/2020
 19-0584
 State of West Virginia vs. Joseph C.
 CR-F
 MD
 
 
 09/04/2020
 19-0578
 State of West Virginia vs. Jeremy Fountain
 CR-F
 MD
 
 
 09/04/2020
 19-0523
 State of West Virginia vs. Joseph P. Hawkins
 CR-F
 MD
 
 
 09/04/2020
 19-0498
 State of West Virginia vs. Elbyheine Bond
 CR-F
 MD
 
 
 09/04/2020
 19-0381
 State of West Virginia vs. Michael Kandis
 CR-O
 MD
 
 
 09/04/2020
 19-0327
 State of West Virginia vs. Brice Anthony Braxton
 CR-F
 MD
 
 
 09/04/2020
 18-0713
 Tony J. Walker vs. Michael Martin, Superintendent, Huttonsville Correctional Center
 POST
 MD
 
 
 09/03/2020
 20-0229
 In re E.W.
 JUV
 MD
 
 
 09/03/2020
 20-0187
 In re M.M., W.M., T.M., and J.T.
 JUV
 MD
 
 
 09/03/2020
 20-0152
 In re N.C., A.S., and K.S.
 JUV
 MD
 
 
 09/03/2020
 20-0151
 In re J.T. and C.H.
 JUV
 MD
 
 
 09/03/2020
 20-0147
 In re R.M.-1 and R.M.-2
 JUV
 MD
 
 
 09/03/2020
 20-0119
 In re A.R. and J.M.
 JUV
 MD
 
 
 09/03/2020
 20-0114
 In re D.P., G.P., and S.P.
 JUV
 MD
 
 
 09/03/2020
 20-0100
 In re W.D.
 JUV
 MD
 
 
 09/03/2020
 20-0098
 In re W.D.
 JUV
 MD
 
 
 09/03/2020
 20-0097
 In re J.T.-1
 JUV
 MD
 
 
 09/03/2020
 20-0085
 In re J.S., Z.S., K.S., A.S., and R.S.
 JUV
 MD
 
 
 09/03/2020
 20-0084
 In re K.D.-1, K.D.-2, J.J.-1, J.J.-2, and L.J.
 JUV
 MD
 
 
 09/03/2020
 20-0072
 In re J.H., A.H.-1, and A.H.-2
 JUV
 MD
 
 
 09/03/2020
 20-0070
 In re L.W.
 JUV
 MD
 
 
 09/03/2020
 20-0061
 In re H.H.
 JUV
 MD
 
 
 09/03/2020
 20-0060
 In re D.C.II
 JUV
 MD
 
 
 09/03/2020
 20-0023
 In re K.G.
 JUV
 MD
 
 
 09/03/2020
 19-0920
 In re D.H. and H.H.
 JUV
 MD
 
 
 09/03/2020
 19-0551
 State of West Virginia vs. Robert Anthony Chester
 CR-F
 MD
 
 
 09/03/2020
 19-0531
 Tonya R. Lee vs. Lonnie V. Lee
 FAM
 MD
 
 
 09/03/2020
 19-0524
 Harold B. vs. Donnie Ames, Superintendent, Mt. Olive Correctional Complex
 POST
 MD
 
 
 09/03/2020
 19-0513
 Benjamin Rogers vs. Jessica L. Williamson
 TCR
 MD
 
 
 09/03/2020
 19-0504
 State of West Virginia vs. Darian R.
 CR-F
 MD
 
 
 09/03/2020
 19-0500
 State of West Virginia vs. Darrell Lee Williams
 CR-F
 MD
 
 
 09/03/2020
 19-0328
 Stephen Upton vs. Caren Jenkins
 TCR
 MD
 
 
 09/03/2020
 18-1130
 State of West Virginia vs. Joseph Arnold Farrell
 CR-F
 MD
 
 
 09/03/2020
 18-0749
 State of West Virginia vs. Robert Francis Rumble
 CR-F
 MD
 
 
 
 
 
 
 
 
 
 

    
 
 
 About this Redesign
 Twitter
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Contact Information
 Terms of Use
 State of WV Main Page
 
 The West Virginia Judicial System is an Equal Opportunity Employer committed to providing equal access and unbiased, non-discriminatory treatment to all.
 2020 West Virginia Court System - Supreme Court of Appeals. All Rights Reserved.